UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>Aspen Home Improvements, Inc. ("AHI")<br>2653 LITITZ PIKE<br>LANCASTER PA 17601,<br><br>and<br>DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action<br>No. 15-4023<br><br>FILED<br>AUG 24 2015<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff ANDREW R. PERRONG, and pursuant to FRCP 41(a)(1)(A)(I), gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all defendants.

Dated: August 21, 2015

*signature*

Andrew Perrong
*Pro-Se Litigant*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
aspenlitigation@gmail.com

1